IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

KATHY HAMMOND,

    Plaintiff,

v.

                                     CIVIL ACTION NO. 3:14-cv-13834
                                     HONORABLE ROBERT C. CHAMBERS

MATTHEW R. TURNER, II and
J.B. HUNT TRANSPORT, INC.,

    Defendant.

## DISMISSAL ORDER

This day came plaintiff, Kathy Hammond, by Letisha R. Bika, her attorney, and came defendants, Matthew R. Turner, II and J.B. Hunt Transport, Inc., by Thomas V. Flaherty, their attorney, and jointly announced to the Court that all matters and differences between the parties to this action have been fully settled, compromised and adjusted. Thereupon, the parties jointly moved the Court to dismiss this action with prejudice. After mature consideration of such motion and for good cause shown, the Court is of the opinion to and does hereby GRANT such motion.

THEREFORE, it is hereby ORDERED, ADJUDGED and DECREED that this action be and the same is hereby dismissed with prejudice and stricken from the docket.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTERED this 19th day of March, 2015.

_____
Judge

PRESENTED BY:

_____
Thomas V. Flaherty (WV Bar #1213)
Flaherty Sensabaugh Bonasso PLLC
P. O. Box 3843
Charleston, WV 25338-3843
(304) 347-4232

_____
Letisha R. Bika (WV Bar #5489)
Farmer, Cline & Campbell, PLLC
746 Myrtle Road (25314)
P. O. Box 3842
Charleston, WV 25338
(304) 414-2565